COLUMBUS COOPER, Petitioner for leave to enter an Appeal from a decree of the JUDGE OF PROBATE.

An appeal lies from the judgment of the Probate Court, giving an allowance to the widow — though the amount to be allowed is a matter of discretion in the Judge.

THIS was a petition for leave to enter an appeal from a decree of the Judge of Probate.

The facts appear in the opinion of the Court.

*May*, for the petitioner.

*Emery*, for the respondent.

*Per Curiam.* There is no doubt an appeal lies from every decision of the Judge of Probate. This Court are disposed to respect the exercise of the sound discretion of the Judge of Probate, in all cases. The allowance, to the widow, in this case, was one thousand dollars. We think the Judge of Probate was not in the full possession of all the facts in relation to the outstanding debts, sufficient for the exercise of a sound discretion — and that he erred in the allowance made.